IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BILL SCHIBER,

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.                                                                                                    No. 11-cv-143-DRH

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management purposes, in particular to remind Northstar Location Services, LLC of its obligation to comply with the requirements of Federal Rule of Civil Procedure 7.1 by filing a corporate disclosure statement. Thus, the Court ORDERS Northstart Location Services, LLC to file its disclosure statement within ten (10) days from the date of issuance of this Order.

    **IT IS SO ORDERED**.

    Signed this 4th day of May, 2011.

Digitally signed by David R. Herndon
Date: 2011.05.04 12:42:43 -05'00'

**Chief Judge
United States District Court**