# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BILL SCHIBER,**

    **Plaintiff,**

**v.**

**NORTHSTAR LOCATION SERVICES, LLC,**

    **Defendant.**　　　　　　　　　　**Case No. 11-CV-143-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 14, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                      **NANCY J. ROSENSTENGEL,**
                      **CLERK OF COURT**


                      **BY:**     */s/Sandy Pannier*
                                    **Deputy Clerk**

Dated: July 14, 2011

Digitally signed by David R. Herndon
Date: 2011.07.14 15:21:29 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT